# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DANIEL ALEXANDER,<br><br>                            Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>                            Respondent. | Case No.  15cv2498 GPC (RBB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

      Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis.  Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice.  <u>See</u> Rule 3(a), 28 U.S.C. foll. § 2254.  If Petitioner wishes to proceed with this case, he must submit, **no later than <u>January 19, 2016</u>,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee.  The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.

      **IT IS SO ORDERED.**

1 | Dated: November 16, 2015

Hon. Gonzalo P. Curiel
United States District Judge